# UNITED STATES DISTRICT COURT

FOR THE

MIDDLE DISTRICT OF GEORGIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Crim. No. 4:18-CR-4-004 (CDL) |
| **APRIL BYRD** | |

On April 11, 2019, the Court ordered the defendant to complete 18 periods of 48 consecutive hours in jail. For good and sufficient cause made known to the Court, and in accordance with the Standing Order 2020-01 (COVID-19 Public Health & Safety), it is recommended that the remaining periods of intermittent confinement be suspended.

Respectfully submitted,

*/s/ James C. Ham*
James C. Ham
Supervising U.S. Probation Officer

### ORDER OF COURT

For good and sufficient cause, it is ordered that the remaining periods of intermittent confinement be suspended.

Dated this 13th day of April, 2020.

s/Clay D. Land
CLAY D. LAND
CHIEF U.S. DISTRICT JUDGE

Prepared by: JCH